FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TASHNA SIMONE RABALOUS,<br>　　　　Petitioner,<br>　v.<br>DCFS and EDMUND G. BROWN,<br>　　　　Respondent. | No. CV 07-7639-AHM (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice for failure to exhaust state remedies.

DATED: June 27, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE